UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS,

          Plaintiffs,

Index # 07-CIV-6452 (SCR)

**SATISFACTION OF JUDGMENT**

-against-

R B'S REALTY & CONSTRUCTION CORP.,

          Defendant.

------------------------------------------------------------------

WHEREAS, a default judgment was entered in the above entitled action on September 12, 2007 in the United States District Court, Southern District of New York in favor of TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE AND ANNUITY FUNDS and against R B'S REALTY & CONSTRUCTION CORP. in the amount of $2,930.00, which Judgment was docketed on September 12, 2007 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, R B'S REALTY & CONSTRUCTION CORP.,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated:  October 1, 2007

Sworn to before me this
1st day of October, 2007

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

BARNES, IACCARINO, VIRGINIA, AMBINDER & SHEPHERD, PLLC

_____
DANA L. HENKE, ESQ.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914)592-1515

10/02/2007: Judgment marked satisfied and entered into money judgment book by J. Michael McMahon, Clerk of the Court by Goethe Coicou, Deputy Clerk of Court.